UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:25-cr-73 |
| v. | ) Judge Atchley |
| | ) Magistrate Judge Dumitru |
| CHRISTOPHER MAYNOR | ) |

## INDICTMENT

The Grand Jury charges that on or about May 2, 2025, in the Eastern District of Tennessee, the defendant, CHRISTOPHER MAYNOR, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
James T. Brooks
Assistant United States Attorney